NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Brent H. Blakely (SBN 157292)
Tara Currie (SBN 323984)
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHROME HEARTS LLC, a Delaware Limited Liability Company,

Plaintiff(s),

v.

FASHION NOVA, LLC., a California Limited Liability Company; NOVA FASHION, INC., a California Corporation and DOES 1 10, inclusive,

Defendant(s).

CASE NUMBER:

2:24-cv-07464

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for CHROME HEARTS LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CHROME HEARTS LLC | PLAINTIFF |
| FASHION NOVA, LLC | DEFENDANT |
| NOVA FASHION, INC. | DEFENDANT |

September 3, 2024
Date

/s/ Tara A. Currie
Signature

Attorney of record for (or name of party appearing in pro per):

Tara A. Currie, Attorney for Chrome Hearts LLC