# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS, LLC, a Delaware Limited Liability Company<br><br>Plaintiff(s)<br><br>v.<br><br>FASHION NOVA, LLC., a California Limited Liability Company et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:24-cv-07464-AB-BFM<br><br>**(PROPOSED)** ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

☒ The Court hereby orders that the request of:

Fashion Nova, LLC        ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute  Key Kesan Dallmann PLLC  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

23187 La Cadena Dr., Suite 102
Laguna Hills, CA 92653              *Street Address*     andrew.dallmann@kkd-law.com
*City, State, Zip*                                                  *E-Mail Address*

951-678-2267                                                        206771
*Telephone Number*           *Fax Number*              *State Bar Number*

as attorney of record instead of  O'Hagan Meyer, LLC, One Embarcadero Center, Suite 2100
*List **all** attorneys from same firm or agency who are withdrawing.*

San Francisco, CA 94111

Dana J. Finberg/Kristal Sinaj

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☐ The Court hereby orders that the request of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

to withdraw as attorney of record for _____
**is hereby** ☐ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  6 / 2 0 / 2 0 2 5            *[signature]*
                                                  U.S. District Judge/U.S. Magistrate Judge