UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company<br><br>　　　　　Plaintiff,<br>　　v.<br><br>FASHION NOVA, LLC., a California Limited Liability Company; NOVA FASHION, INC., a California Corporation and DOES 1-10, inclusive<br><br>　　　　　Defendant. | Case No. 2:24-cv-07464-AB-BFM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

　　Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: JULY 8, 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE